UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WALID EL SAYED,

                  Plaintiff,

vs.

HILTON HOTELS CORP., HILTON GRAND VACATION CLUB, INC., NEW YORK HILTON & TOWERS and BARBARA STILL Housekeeper Director.

                  Defendants.

Case No. 1:07-cv-11173-DC

**NOTICE OF APPEARANCE**

---

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants Hilton Hotels Corp., Hilton Grand Vacation Club, Inc., New York Hilton & Towers and Barbara Still Housekeeper Director.

I certify that I am admitted to practice in this court.

                    Respectfully submitted,

                  JACKSON LEWIS LLP
                    59 Maiden Lane
                    New York, New York 10038-4502
                    (212) 545-4000
                    (212) 972-3213 (facsimile)

Dated: January 3, 2008       By: _____
      New York, New York            Nicole Q. Saldana (NS 6524)

                                ATTORNEYS FOR DEFENDANTS