IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALID EL SAYED<br><br>Plaintiff,<br><br>v.<br><br>HILTON HOTELS CORPORATION, HILTON GRAND VACATION CLUB, INC. NEW YORK HILTON & TOWERS AND BARBARA STILL, Housekeeping Director<br><br>Defendants. | Civ. No: 07-11173 (DC)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that upon the accompanying Defendants' Memorandum of Law in Support of its Motion to Dismiss, Defendants, Hilton Hotels Corporation, Hilton Grand Vacation Club, Inc., New York Hilton & Towers and Barbara Still (hereinafter collectively referred to as "Defendants"), by and through their undersigned attorneys, Jackson Lewis LLP, will move this Court before the Honorable Denny Chin at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing Plaintiff's Section 1981 and New York state and city human rights claims. Pursuant to the Court's Order dated February 6, 2008, Plaintiff's answering papers are due to be served on March 19, 2008 and Defendant's reply is due to be served on March 26, 2008.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
Phone: 212-545-4000
Facsimile: 212-972-3213

Dated: February 25, 2008         By: _____
       New York, New York             Diane Windholz, Esq, (DW 9806)
                                      Nicole Q. Saldana, Esq. (NS 6524)

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALID EL SAYED<br><br>Plaintiff,<br><br>v.<br><br>HILTON HOTELS CORPORATION, HILTON GRAND VACATION CLUB, INC. NEW YORK HILTON & TOWERS AND BARBARA STILL, Housekeeping Director<br><br>Defendants. | Civ. No: 07-11173 (DC) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008 I caused to be served a true and correct copy of Defendants' Memorandum of Law in Support of Their Partial Motion to Dismiss, by electronically filing said document with the Clerk of the Court for the Southern District of New York, using the ECF system, by facsimile, and by regular U.S. mail by placing said copy into an official U.S. postal depository, sufficient postage affixed, addressed to Plaintiff's counsel or record, Martin S. Streit, Esq., at the following address:

Martin S. Streit, Esq.
386 Park Avenue South
New York, New York 10016
(212) 481-0775 (facsimile)

_____
Nicole Q. Saldana