**MARTIN S. STREIT**
**Law Office**

⚖

386 Park Avenue South, Suite 1914
New York, N.Y. 10016
Telephone: 1 (212) 532-3255
Fax: 1 (212) 481-0775

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2008

<u>VIA Fax # (212) 805-7906</u>

March 7, 2008

**HONORABLE JUDGE DENNY CHIN**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1020
New York, N.Y. 10007

Re:   *El Sayed v. Hilton* USDC Southern District of New York
       Case No. 07 CV 11173
       Request for Adjournment and Extension of Time
       Defendants' Motion to Dismiss
       Undated Motion Return Date

Dear Judge Chin:

Please be advised that I am the attorney for the Plaintiff, **WALID EL SAYED**, in the above-entitled action. I respectfully ask that the undated motion made by the Defendants' Counsel, Jackson Lewis LLP, be adjourned to a date of April 28, 2008, or a time thereafter as can be scheduled for the following reason:

Annexed hereto is a copy of the medical report of the International Eye Hospital in Cairo, Egypt of the examination of the father of the Plaintiff, Walid El Sayed. The medical report of the Plaintiff's father indicates retinal hemorrhaging, which requires immediate surgical attention. Mr. El Sayed's father has requested that his son be at his side for support in case there are any complications due to his age. His father's condition has been deteriorating as of late.

Pursuant to Your Honor's individual rules, this is the first request for an extension in this matter, and no prior request for an extension has been put forth. I am sending a copy of this letter to my adversary in this matter in lieu of pre-approved consent to this request.

*Handwritten endorsement:* Plaintiff's opposition papers shall be served and filed by April 11, 2008; defendants' reply papers shall be served and filed by April 23, 2008. SO ORDERED. [signed] USDJ 3/11/08

The Honorable Judge Denny Chin
March 7, 2008
Page 2 of 2

It is to be noted that I have called Nicole Saldana, Esq. of the law firm of Jackson Lewis today at 4:00 PM, and I spoke to her assistant, Wayne Reiss, in this matter. Mr. Reiss informed me that she was in the office but unavailable. Mr. Reiss put me through to Ms. Saldana's voice mail, and I indicated on the record, pursuant to His Honor's rules that I request consent of an adjournment from my adversary due to the fact that the my client, Mr. El Sayed, has to travel to Cairo, Egypt to attend to his father, during this eye operation, which may involve serious complications.

Mr. El Sayed is scheduled to leave, Monday, March 10, 2008. Enclosed herewith, you will also find a copy of the invoice and passenger ticket receipt for the scheduled trip.

It is now 6:00 PM, and I have not received a call back from my adversary. I did leave my cell phone number for Ms. Saldana with a message to call me back. I apologize to my adversary and the Court for not being able to obtain whether my adversary consents or objects to this request for adjournment and extension of time on the grounds that the Plaintiff requires family leave for a medical emergency. There are no other schedules to which this adjournment and extension request will affect.

Since I am unable to ascertain whether my adversary desires to speak with me, I am submitting this request letter in compliance with all other procedures of Your Honor's individual practices. I respectfully ask that the Defendants' undated Notice of Motion to Dismiss be set returnable to Your Honor's Court on or after April 28, 2008 at which time my client, Mr. El Sayed should have returned to New York.

Thanking Your Honor for Your consideration and courtesy in this matter.

Respectfully yours,

MARTIN S. STREIT

MSS:hk
Enclosures
cc: *Via Fax # (212)972-3213*
Nicole Saldana, Esq. (w/ encl.)
Jackson Lewis, LLP
59 Maiden Lane
New York, New York 10038