UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

WALID EL SAYED,                          :

                        Plaintiff,       :        **ORDER**

        - against -                      :        07 Civ. 11173 (DC)

HILTON HOTEL CORP. et al.,               :

                        Defendants.      :

- - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2008
```

**CHIN, District Judge**

        By order dated February 6, 2008, the Court set a
briefing schedule for defendants' motion to dismiss.  Defendants
timely filed their motion on February 26, 2008.  Plaintiff's
opposition papers were to be filed by March 19, 2008.

        By letter dated March 7, 2008, however, plaintiff's
counsel requested an extension of time, stating that his client's
father had been ill and required surgery.  The Court granted the
request and gave plaintiff's counsel until April 11, 2008 to
oppose the motion.

        By letter dated April 2, 2008, plaintiff's counsel
requested yet another extension, again because of his client's
father's medical condition.  I granted the request, extending the
deadline until May 9, 2008, but noting that this was the final
extension.

        Plaintiff did not submit any opposition papers or
request an extension by the due date of May 9, 2008.  Instead, by
letter dated May 26, 2008, and faxed to the Court on May 27, 2008
-- eighteen days beyond the final deadline -- plaintiff's counsel
requested yet another extension.

The request is denied.  Plaintiff has had more than ample time to respond to defendants' partial motion to dismiss. Accordingly, the Court will decide the motion without plaintiff's input.

The Court notes that this is not the first time that plaintiff's counsel has failed to abide by a deadline (see Order dated February 6, 2008).

SO ORDERED.

Dated:   New York, New York
         May 27, 2008

DENNY CHIN
United States District Judge