JACKSON LEWIS LLP
59 MAIDEN LANE
NEW YORK, NY 10038-4502
TELEPHONE (212) 545-4000
ATTORNEYS OF RECORD:
    Diane Windholz (DW 9806)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WALID M. ELSAYED,<br><br>               Plaintiff,<br><br>vs.<br><br>HILTON HOTELS CORPORATION, HILTON GRAND VACATION CLUB, INC., NEW YORK HILTON AND TOWERS, AND BARBARA STILL, Housekeeping Director.<br><br>               Defendants. | Civil Action No. 07 Civ. 11173 (DC)<br><br>**DEFENDANTS' RULE 7.1**<br>**STATEMENT** |

      Pursuant to Rule 7.1 of the General Rules of the Southern and Eastern Districts of New York to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record hereby certify that: (i) Hilton Hotels Corporation is a wholly-owned subsidiary of Hilton Hotels Holdings Corporation; (ii) Hilton Hotels Holdings Corporation is a wholly-owned subsidiary of BH Hotels Holdco LLC; and (iii) BH Hotels Holdco LLC is controlled by affiliates of The Blackstone Group L.P., which is a publicly traded company that is a global alternative asset manager and provider of financial advisory services. The general nature and purpose of Hilton Hotels Corporation is hotel accommodations.

                    Respectfully submitted,

                    JACKSON LEWIS LLP
                      59 Maiden Lane
                      New York, New York 10038
                      (212) 545-4000

Dated: August __, 2008     By: _____
      New York, New York             Diane Windholz. (DW 9806)

                    ATTORNEYS FOR DEFENDANTS