```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

WALID EL SAYED,                           :

                     Plaintiff,           :     ORDER

          - against -                     :     07 Civ. 11173 (DC)

HILTON HOTELS CORP. et al.,               :

                     Defendants.          :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/16/09

**CHIN, District Judge**

      As plaintiff Walid El Sayed is pro se, this case is now designated non-ECF.

      SO ORDERED.

Dated:  New York, New York
       April 16, 2009

                                      DENNY CHIN
                                      United States District Judge